# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Daniel Edward Rulo

    v.    Case Number - 07-4172-CV-C-SOW

Boone County Jail, et al.

_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

- by order of January 7, 2008, the Report and Recommendation of October 4, 2007, is adopted. Plaintiff's claims against the currently named defendants are dismissed, pursuant to the provisions of 28 U.S.C. 1915A, for failure to state a claim for which relief can be granted. It is further ordered, that, in the alternative, plaintiff's claims are dismissed, pursuant to Fed.R.Civ.P. 41(b), for failure to comply with court orders.

ENTERED ON: January 8, 2008

                                              Patricia L. Brune

January 8, 2008                               Clerk
Date

                                              /s/ J Russel
                                              J Russel
                                              (By) Deputy Clerk